Matter of the Petition of WILLIAM C. PRIME, as Referee, Petitioner, to Register the Title to Certain Lands.*

(Supreme Court, Kings Special Term, February, 1921.)

*Real Property Law,* § 378(3) — *registration of title.*

PETITION to register title to lands.

Gilbert F. Kennedy, for petitioner.

Charles D. Newton, attorney-general, for state of New York.

J. Tyson McGill, official examiner, Kings county.

ASPINALL, J. In my opinion the referee in this proceeding has the power of disposing in fee simple of the legal estate in land under subdivision 3 of section 378 of the Real Property Law, and I, therefore, confirm the report of the official examiner of titles as referee and direct that a final decree and judgment of registration be entered.

Ordered accordingly.

---

* Reported by request.— [REPR.